# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154704(55)(57)

RICHARD A. KRUEGER and MAUREEN
FALLON-KRUEGER,
            Plaintiffs-Appellees,

v                                              SC: 154704
                                               COA: 328787
                                               Kent CC: 15-003966-NO
SPECTRUM HEALTH SYSTEMS and SAM J.
GIOVANNUCCI, M.D.,
            Defendants-Appellants.
_____/

        On order of the Chief Justice, the separate motions of the Michigan State Medical Society and the Michigan Defense Trial Counsel to file briefs amicus curiae in support of defendants-appellants' motion for reconsideration are GRANTED. The amicus briefs submitted on April 18, 2017, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2017



Clerk